# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JAMES GARRARD**  PETITIONER

v.  No. 1:15CV192-GHD-DAS

**STATE OF MISSISSIPPI**  RESPONDENT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of habeas corpus is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 18th day of April, 2016.

_____
SENIOR JUDGE